IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. MERRITT, | |
| Plaintiff, | 8:21CV402 |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | JUDGMENT |
| Defendant. | |

In accordance with the Memorandum and Order (Filing No. 25) entered today, judgment is entered in favor of plaintiff James L. Merritt and against defendant Kilolo Kijakazi, Acting Commissioner of Social Security. *See* Fed. R. Civ. P. 58.

Dated this 7th day of June 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge